1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| JOSEPH HRENKO, | CASE NO. 10-cv-03259-JAM-KJN |
| Plaintiff, | |
| vs. | **ORDER GRANTING STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE** |
| USCB, INC., | |
| Defendant. | |

The Court has reviewed the Stipulation of Defendant USCB, INC. ("Defendant"), by and through its respective counsel of record, Robert D. Berglund, and by Plaintiff JOSEPH HRENKO ("Plaintiff"), by and through his respective counsel of record, Todd M. Friedman, to dismiss the above-entitled action, with prejudice, in its entirety.  Pursuant to the Stipulation between the parties, the Court orders as follows:

/ / /

/ / /

/ / /

/ / /

1

ORDER GRANTING STIPULATION RE DISMISSAL

06603.00/174943

1. That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to FRCP 41(a)(1). Each party shall bear their own costs and expenses.

**IT IS SO ORDERED:**

DATED: 5/27/2011        /s/ John A. Mendez
                        UNITED STATES DISTRICT COURT JUDGE